Same case below, 408 Fed. Appx. 798.

**No. 10-9299. Arsenio Arzola, Petitioner v. United States.**

564 U.S. 1040, 131 S. Ct. 3060, 180 L. Ed. 2d 892, 2011 U.S. LEXIS 4872.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 361 Fed. Appx. 309.

**No. 10-9620. Tyler George Farmer, Petitioner v. United States.**

564 U.S. 1040, 131 S. Ct. 3062, 180 L. Ed. 2d 892, 2011 U.S. LEXIS 4881.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 627 F.3d 416.

**No. 10-9651. Hassan Abu-Jihaad, aka Paul R. Hall, Petitioner v. United States.**

564 U.S. 1040, 131 S. Ct. 3062, 180 L. Ed. 2d 892, 2011 U.S. LEXIS 4819.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 630 F.3d 102.

**No. 10-9727. Kenneth Hodge, Petitioner v. Ohio.**

564 U.S. 1040, 131 S. Ct. 3063, 180 L. Ed. 2d 892, 2011 U.S. LEXIS 4865.

June 27, 2011. Petition for writ of certiorari to the Supreme Court of Ohio denied.

Same case below, 128 Ohio St. 3d 1, 941 N.E.2d 768.

**No. 10-9873. Mark Anthony Stroman, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

564 U.S. 1040, 131 S. Ct. 3063, 180 L. Ed. 2d 892, 2011 U.S. LEXIS 4894.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 405 Fed. Appx. 933.

**No. 10-10055. Rachel Y. Lawler, Brian A. Buckley, Annelie Z. Shockley, John M. Payden-Travers, Thomas W. Muther, Jr., and Ronald W. Kaz, Petitioners v. United States.**

564 U.S. 1040, 131 S. Ct. 3065, 180 L. Ed. 2d 892, 2011 U.S. LEXIS 4967.

June 27, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 10 A.3d 122.